## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Natalie Kathleen Krasniak a/k/a Natalie K Krasniak | |
| Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns | |
| Movant | |
| vs. | NO. 16-02317 JJT |
| Natalie Kathleen Krasniak a/k/a Natalie K Krasniak | |
| Debtor | |
| Charles J. DeHart, III Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Automatic Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about **February 14, 2017**.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

March 23, 2017