```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

```
In re:                                                       Case No. 16-02317-JJT
Natalie Kathleen Krasniak                                    Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: REshelman        Page 1 of 1           Date Rcvd: Jun 06, 2017
                              Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
db              +Natalie Kathleen Krasniak,    1760 Turbot Ave.,   Watsontown, PA 17777-7904
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John  DiBernardino    on behalf of Debtor Natalie Kathleen Krasniak diberlaw@ptd.net
          Keri P Ebeck    on behalf of Creditor    The Huntington National Bank kebeck@weltman.com,
           jbluemle@weltman.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NATALIE KATHLEEN KRASNIAK
AKA NATALIE K KRASNIAK

CHAPTER 13

CASE NUMBER: 4:16-bk-02317-JJT

APPLICATION FOR COMPENSATION

Debtor

**ORDER**

Upon consideration of the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, it is hereby ORDERED that said application is APPROVED. Debtor's counsel is approved counsel fees totaling $5,994.40 and costs totaling $310.00.

Dated: June 5, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)