In re:                                                          Case No. 16-02317-JJT
Natalie Kathleen Krasniak                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: REshelman     Page 1 of 2     Date Rcvd: Jan 29, 2018
                      Form ID: ordsmiss     Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.

```
db              +Natalie Kathleen Krasniak,    1760 Turbot Ave.,    Watsontown, PA 17777-7904
4796482          ACI,    2420 Sweet Home Rd., Ste 150,    Amherst, NY 14228-2244
4796483         +Alexander Kia,    2501 Lycoming Creek Rd.,    Williamsport, PA 17701-1139
4796484          Banana Republic,    1000 PA-611,    Tannersville, PA 18372
4796485         +Berks Credit & Collections, Inc.,    Dept. 14674,    PO Box 1259,    Oaks, PA 19456-1259
4796486         +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4796487          Blue Cross Blue Shield of Illinois,    PO Box 7344,    Chicago, IL 60680-7344
4796489          Bon Ton Customer Service,    PO Box 182273,    Columbus, OH 43218-2273
4796490          Boscov's,    Retail Services,    PO Box 30257,    Salt Lake City, UT 84130-0257
4796501          DCM Services,    7601 Penn Ave. S, Ste A600,    Minneapolis, MN 55423-5004
4796502          Evangelical Community Hospital,    118 Lukens Dr.,    River Edge Park,
                 New Castle, DE 19720-2727
4796503          Evangelical Medical Services,    118 Lukens Dr.,    River Edge Park,    New Castle, DE 19720-2727
4796504          Family Practice Center, PC,    7 Dock Hill Rd.,    Middleburg, PA 17842-8910
4796505          Genpact Services, LLC,    PO Box 1969,    Southgate, MI 48195-0969
4796513         +Office of UC Benefits,    Claimant Services,    PO Box 67503,    Harrisburg, PA 17106-7503
4815260         +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 Unemployment Compensation Division,    651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
4796519         +Penn Credit Corp,    916 S 14th St.,    Harrisburg, PA 17104-3425
4796520         +Quantum Imaging,    629D Lowther Rd,    Lewisberry, PA 17339-9222
4796521         +Quantum Imaging & Therapeutic Assoc.,    Dept. 19687,    PO Box 1259,    Oaks, PA 19456-1259
4796523         +Service Electric,    3662 Point Township Dr.,    Northumberland, PA 17857-8871
4796524         +Susquehanna Health,    1205 Grampian Blvd., Ste 1A,    Williamsport, PA 17701-1968
4796532         +Tatyana Huff,    1760 turbot Ave.,    Watsontown, PA 17777-7904
4796533         +Tatyana Nichole Huff,    1760 Turbot Ave.,    Watsontown, PA 17777-7904
4819145         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4796488          EDI: WFNNB.COM Jan 29 2018 19:18:00      Bon Ton Comenity Bank,    Bankrutpcy Department,
                 PO Box 182125,    Columbus, OH 43218-2125
4796495          EDI: CAPITALONE Jan 29 2018 19:18:00      Capital One Bank USA, NA,    PO Box 85015,
                 Richmond, VA 23285-5015
4796500         +EDI: WFNNB.COM Jan 29 2018 19:18:00      CP/Bon Ton,    PO Box 182789,    Columbus, OH 43218-2789
4796493         +EDI: CAPITALONE.COM Jan 29 2018 19:18:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
4796492          EDI: CAPITALONE.COM Jan 29 2018 19:18:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4801801          EDI: CAPITALONE.COM Jan 29 2018 19:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4796494         +EDI: CAPITALONE.COM Jan 29 2018 19:18:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
4796496         +EDI: CAPITALONE.COM Jan 29 2018 19:18:00      Capital One Bankrutpcy Dept.,
                 6125 Lakeview Rd, Ste 800,    Charlotte, NC 28269-2605
4796497          EDI: WFNNB.COM Jan 29 2018 19:18:00      Comenity - Capital Bank,    PO Box 182620,
                 Columbus, OH 43218-2620
4796498          EDI: WFNNB.COM Jan 29 2018 19:18:00      Comenity - Capital Bank,    Bankruptcy Department,
                 PO Box 183043,    Columbus, OH 43218-3043
4796499          EDI: WFNNB.COM Jan 29 2018 19:18:00      Comenity Bank/Maurices,    PO Box 182789,
                 Columbus, OH 43218-2789
4798730         +E-mail/Text: bankruptcy@huntington.com Jan 29 2018 19:27:36      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
4796506         +E-mail/Text: bankruptcy@huntington.com Jan 29 2018 19:27:37      Huntington National Bank,
                 PO Box 5065, NE01,    Cleveland, OH 44101-0065
4796507         +E-mail/Text: bankruptcy@huntington.com Jan 29 2018 19:27:36      Huntington National Bank,
                 PO Box 1558, Dept. EAW25,    Columbus, OH 43216-1558
4796508          E-mail/Text: camanagement@mtb.com Jan 29 2018 19:27:24      M&T Bank,    P.O. Box 62146,
                 Baltimore, MD 21264-2146
4796509          E-mail/Text: camanagement@mtb.com Jan 29 2018 19:27:24      M&T Bank,    PO Box 4650,
                 ACH/EDI Services,    Buffalo, NY 14240-9975
4796511         +EDI: MERRICKBANK.COM Jan 29 2018 19:18:00      Merrick Bank,    Bankruptcy,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
4796512         +EDI: MERRICKBANK.COM Jan 29 2018 19:18:00      Merrick Bank,    PO Box 1500,
                 Draper, UT 84020-1500
4825443         +EDI: MID8.COM Jan 29 2018 19:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4824310         +EDI: AGFINANCE.COM Jan 29 2018 19:18:00      ONEMAIN FINANCIAL,    605 MUNN RD,
                 FT MILL, SC 29715-8421
4796514         +EDI: AGFINANCE.COM Jan 29 2018 19:18:00      One Main Financial,    2672 N. Susquehanna Trl.,
                 Shamokin Dam, PA 17876-9105
4796515          EDI: AGFINANCE.COM Jan 29 2018 19:18:00      One Main Financial,    Bankruptcy Dept.,
                 PO Box 6042,    Sioux Falls, SD 57117-6042
4796516         +EDI: AGFINANCE.COM Jan 29 2018 19:18:00      OneMain,    6801 Colwell Blvd.,
                 Irving, TX 75039-3198
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4796517        EDI: AGFINANCE.COM Jan 29 2018 19:18:00      OneMain Financial,    PO Box 70911,
               Charlotte, NC 28272-0911
4796518        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 29 2018 19:28:11
               PA Dept of Labor & Industry,    651 Boas St,    Harrisburg, PA 17121-0725
4821786        EDI: Q3G.COM Jan 29 2018 19:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
4796522        EDI: RMSC.COM Jan 29 2018 19:18:00      Sams Club/Synchrony Bank,    PO Box 530942,
               Atlanta, GA 30353-0942
4796525        EDI: RMSC.COM Jan 29 2018 19:18:00      Syncb/Banana Rep,    PO Box 965005,
               Orlando, FL 32896-5005
4796526        EDI: RMSC.COM Jan 29 2018 19:18:00      Syncb/Banana Rep DC,    PO Box 965036,
               Orlando, FL 32896-5036
4796527       +EDI: RMSC.COM Jan 29 2018 19:18:00      Syncb/TJX Co DC,    PO Box 965015,
               Orlando, FL 32896-5015
4796528       +EDI: RMSC.COM Jan 29 2018 19:18:00      Syncb/ToysRUs,    PO Box 965001,    Orlando, FL 32896-5001
4796530        EDI: RMSC.COM Jan 29 2018 19:18:00      Synchrony Bank,    PO Box 965004,
               Orlando, FL 32896-5004
4796529        EDI: RMSC.COM Jan 29 2018 19:18:00      Synchrony Bank,    PO Box 965016,
               Orlando, FL 32896-5016
4796531        EDI: RMSC.COM Jan 29 2018 19:18:00      Synchrony Bank - Bankruptcy Dept.,    PO Box 965060,
               Orlando, FL 32896-5060
4796534        EDI: RMSC.COM Jan 29 2018 19:18:00      TJX Rewards,    Synchrony Bank,    PO Box 965013,
               Orlando, FL 32896-5013
4796535        EDI: TFSR.COM Jan 29 2018 19:18:00      Toyota Motor Credit Corporation,
               260 Interstate N Circle NW,    Atlanta, GA 30339
4796536        EDI: RMSC.COM Jan 29 2018 19:18:00      Toys R Us,    PO Box 965016,    Orlando, FL 32896-5016
                                                                                              TOTAL: 37

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4796491       ##+Brittany Krasniak,    1760 Turbot Ave.,    Watsontown, PA 17777-7904
4796510       ##+Maurices,    105 W Superior St,    Duluth, MN 55802-3021
                                                                                     TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John  DiBernardino    on behalf of Debtor 1 Natalie Kathleen Krasniak diberlaw@ptd.net
          Keri P Ebeck    on behalf of Creditor   The Huntington National Bank ebecklegal@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Natalie Kathleen Krasniak aka Natalie K Krasniak | Chapter | 13 |
| **Debtor(s)** | Case No. | 4:16−bk−02317−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: January 29, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk