WWR# 21241457

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 16-02317 |
|---|---|
| Natalie Kathleen Krasniak | Chapter 13 |
| | Judge: JOHN J THOMAS |
| Debtors | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent THE HUNTINGTON NATIONAL BANK, NA, Keri Ebeck hereby withdraws as counsel for THE HUNTINGTON NATIONAL BANK, NA. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for THE HUNTINGTON NATIONAL BANK, NA. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com

/S/ Keri P. Ebeck
Keri P. Ebeck , 91298
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
kebeck@weltman.com

WWR# 21241457

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-02317 |
| Natalie Kathleen Krasniak | Chapter 13 |
| | Judge: JOHN J THOMAS |
| Debtors | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on __14th__ day of __February__, 2018 on all parties having entered an appearance herein

JOHN DIBERNARDINO
PO Box 599
Lehighton, PA 18235-0599
Debtor(s) Attorney

CHARLES J DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625
Trustee

U.S. Trustee

And by ordinary mail to the following:

Natalie Kathleen Krasniak
1760 Turbot Ave
Watsontown, PA17777-7904

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com